FILED
July 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002811047

Joseph M. Canning (SBN 250900)
Law Offices of
HILLMAN, LUCAS & JONES, P.C.
One Harbor Center, Suite 220
Suisun, CA 94585
(707) 427-7377
FAX (707) 427-7370

Attorney for Debtor
MICHAEL JAMES HOBSON

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL JAMES HOBSON,<br><br>SS# XXX-XX-8652<br><br>Debtor. | Case No. 2010-34956<br><br>DCNO#: JMC-2<br>Date: September 7, 2010<br>Time: 2:00 p.m.<br>Courtroom: 33<br>The Honorable Ronald H. Sargis |

**MOTION TO SELL PERSONAL PROPERTY**

Debtor, Michael James Hobson, by and through his attorney of record, move the Court to request an order allowing him permission to sell personal property for the reason set forth in the declaration of Debtor, filed concurrently herewith.

Based on the foregoing, Debtor respectfully requests that this Motion be granted.

Dated: July 28, 2010        /s/ Joseph M. Canning
                            Joseph M. Canning, Attorney at Law