FILED
July 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002811048

Joseph M. Canning (SBN 250900)
Law Offices of
HILLMAN, LUCAS & JONES, P.C.
One Harbor Center, Suite 220
Suisun, CA 94585
(707) 427-7377
FAX (707) 427-7370

Attorney for Debtor
MICHAEL JAMES HOBSON

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re

MICHAEL JAMES HOBSON,

SS# XXX-XX-8652

Debtor.

Case No. 2010-34956

DCNO#: JMC-2
Date: September 7, 2010
Time: 2:00 p.m.
Courtroom: 33
Honorable Judge Ronald H. Sargis

**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO SELL PERSONAL PROPERTY**

I, Michael James Hobson, Debtor in the above instant action do hereby declare as follows:

1. I am the debtor in the above-referenced case. I state the following facts on my own personal knowledge and know them to be true, except those facts stated on information and belief, which facts I am informed and believe to be true.

2. I am requesting permission from the Court to sell my interest in the 1970 Lancer CCL manufactured home.

3. I will be asking between $10,000.00 - $15,000.00 for the property and I believe that this is a true and accurate fair market value for the subject property in this area.

4. I have compared the price of similar manufactured home in the area and use my knowledge of the local real estate market in assessing value.

Declaration to Motion to Sell Personal Property    Page 1

6. I owe nothing for the 1970 Lancer CCL manufactured home and hold an undivided fifty percent interest in the property with John Paul Walker.

7 I am asking that I be able to retain the sale proceeds to pay for month to month living expenses. The additional funds will be used to keep my trustee payments current.

8 After the close of the transaction, the possession of the property will be turned over to buyer and not before.

9. Any potential sale will be an arm's length transaction.

I declare under the penalty of perjury that the foregoing statement is true and correct to be the best of my knowledge and belief and that this declaration is executed on this 28$^h$ day of July, 2010, at Vallejo, California.

/s/ Michael James Hobson
Michael James Hobson